FILED

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0185

_____

TRUSS WORKS, INC., A Montana corporation,

      Plaintiff and Appellee,

  v.

OSWOOD CONSTRUCTION COMPANY, a
Montana corporation, TRAVELER'S CASUALTY
AND SURETY COMPANY OF AMERICA, a
Connecticut corporation, VOYAGEUR
APARTMENTS, LP, a Minnesota Limited
Partnership, and HUB INTERNATIONAL
MOUNTAIN STATES LIMITED,
a Montana corporation,

      Defendants and Appellants.

                          O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Parker, District Judge.

                         For the Court,

                                      Electronically signed by:
                                      Mike McGrath
                        Chief Justice, Montana Supreme Court
                                January 12 2022